UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORINA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MICHAEL McINERNEY, | ) Case No. 3:00-cv-01433 MMC |
|  | ) ~~PROPOSED~~ |
| Plaintiff, | ) JUDGMENT |
| v. | ) |
| MICHAEL J. ASTRUE, | ) |
| Commissioner, Social Security, | ) |
| Defendant. | ) |

   IT IS HEREBY ADJUDGED that the decision of Defendant, the Commissioner of Social Security, awarding Plaintiff disability insurance benefits, is affirmed.

Date:  July 15, 2011          _____
                              THE HON. MAXINE M. CHESNEY
                              United States District Judge

3:00-cv-04113