UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORINA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MICHAEL McINERNEY, | Case No. 3:00-cv-~~01433~~ 4113 MMC |
| Plaintiff, | ~~PROPOSED~~ AMENDED* JUDGMENT |
| v. | |
| MICHAEL J. ASTRUE, Commissioner, Social Security, | |
| Defendant. | |

   IT IS HEREBY ADJUDGED that the decision of Defendant, the Commissioner of Social Security, awarding Plaintiff disability insurance benefits, is affirmed.

Date: July 15, 2011 _____

THE HON. MAXINE M. CHESNEY
United States District Judge

 * The sole amendment is to correct the erroreous case number from the proposed order.

3:00-cv-04113